The People of the State of New York ex rel. Valerian J. O'Farrell v. Rhinelander Waldo, as Police Commissioner of the City of New York.— Motion to dismiss writ granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Harry McQuade v. Rhinelander Waldo, as Police Commissioner of the City of New York.— Motion to dismiss writ granted, without costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Herman Goller v. John P. Mitchel, as Mayor of the City of New York.— Motion to dismiss writ granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. George F. McCann v. Herman Robinson, as Commissioner, etc.— Motion to dismiss writ granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

W. Russell Root, Suing, etc., v. Walter Pulitzer, Impleaded, etc. (2 cases). — In each case motion to dismiss appeal granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

W. Russell Root, Suing, etc., v. Pulitzer Publishing Company, Impleaded, etc.— In each case motion to dismiss appeal granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Jonas Springer, an Infant, etc., v. Lion Brewery of New York.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Annie Donohue v. Melvin Stable Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Emma Westcott, as Administratrix, etc., v. Otis Elevator Company.— Motion to dismiss appeal granted, with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Theresa F. Kerr v. John J. Kerr.— Motion to dismiss appeal granted, without costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.